UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| JUSTIN RICHARD GILMORE,<br><br>　　　　Plaintiff,<br>　vs.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>　　　　Defendant. | Case No.: 14-cv-00202-TMB<br><br>[PROPOSED] ORDER GRANTING MOTIONS TO DISMISS |

On October 27, 2014, defendant, Diversified Consultant, Inc. filed a Motion to Dismiss the Complaint. Good cause appearing, the Court GRANTS the motion, dismissing the entire case, with prejudice.

IT IS SO ORDERED.

Dated:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Timothy M. Burgess
　　　　　　　　　　　　　　　　　　United States District Judge