CASE NAME: Justin Richard Gilmore v. Diversified Consultants, Inc.
CASE NO: 14-cv-00202 TMB

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, CA 92108  I served the following:

**Notice of Motions and Motions to Dismiss and Strike Complaint;
Memorandum of Points and Authorities in Support FRCP 12(b)(6) & 12(f)**

( )   BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California.  Said envelope(s) was/were addressed as listed hereafter:

( x )   BY FEDERAL EXPRESS DELIVERY

I served a true and correct copy of the above-named documents by Federal Express by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the Federal Express location in San Diego, California.  Said envelope(s) was/were addressed as listed hereafter:

( )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Justin Richard Gilmore
6501 East 9th Ave
Anchorage, AK 99504

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 27, 2014

_____
Ann M. Coito